UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  11-60439-CIV-DIMITROULEAS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, individually, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| D.S. HULL COMPANY, INC., a Florida for profit corporation, | ) ) ) |
| Defendant. | ) ) ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, ACCESS 4 ALL, INC. and JOE HOUSTON ("Plaintiffs") and Defendant, D.S. HULL COMPANY, INC. ("Defendant"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, dismiss this action, with prejudice and with each party bearing their own attorneys' fees and costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 29th day of July, 2011.

Respectfully submitted,

| | |
|---|---|
| Thomas B. Bacon, P.A.<br>1470 East Michigan Street<br>Orlando, Florida 32806<br>Telephone: (407) 481-7997<br>Facsimile: (407) 481-7986 | JACKSON LEWIS LLP<br>390 North Orange Avenue, Suite 1285<br>Post Office Box 3389<br>Orlando, Florida 32802-3389<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441 |
| By: /s/ Barbara R. Joyner<br>Barbra R. Joyner<br>Florida Bar No. 0141348<br><br>Attorneys for ACCESS 4 ALL, INC. and JOE HOUSTON | By: /s/ Donald C. Works, III<br>Donald C. Works, III<br>Florida Bar No. 340308<br>E-mail: worksd@jacksonlewis.com<br><br>Lillian Chaves Moon<br>Florida Bar No. 0365210<br>moonl@jacksonlewis.com<br><br>Attorneys for Defendant, D.S. HULL COMPANY, INC. |

4839-6069-6330, v. 1